AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Laborers' Pension Funds et al.,

V.

Dixon Interiors, Inc.

CASE NUMBER: **08 C 763**

ASSIGNED JUDGE:

**JUDGE GETTLEMAN
MAGISTRATE JUDGE COLE**

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Dixon Interiors, Inc.
Registered Agent
William Mortimer
7630 S. County Line Road, Unit 7
Burr Ridge, IL 60527

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Karen I. Engelhardt
Allison, Slutsky & Kennedy, P.C.
230 W. Monroe Street, Suite 2600
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_[signature]_

**(By) DEPUTY CLERK**

**February 5, 2008**
Date

**Exhibit 1**

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE February 29th, 2008 |
| NAME OF SERVER *(PRINT)* Philip M. Ducar | TITLE Special Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

XXX Other (specify): Personally handed the Summons and the Complaint to Ms. Martina Bodik, Assistant to Attorney William Mortimer, the Registered Agent for the defendant, Dixon Interiors, Inc. Service was effected at the office of Attorney William Mortimer, at 7630 S. County Line Road, in Burr Ridge, Ill., at the hour of 1:50 p.m., on February 29'th, 2008.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on Feb. 29th, 2008
Date

*Signature of Server*

Post Office Box # 911
Tinley Park, Illinois 60477

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.