IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, JAMES S. JORGENSEN, | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 08 C763 |
| v. | ) ) ) | Judge Gettleman |
| DIXON INTERIORS, INC., | ) ) | |
| Defendant. | ) | |

### AFFIDAVIT OF MICHAEL CHRISTOPHER

STATE OF ILLINOIS )
                  )
COUNTY OF COOK    )

Michael Christopher being first duly sworn on oath, deposes and states as follows:

1. I am a Field Representative employed by the Laborers' Pension Fund and Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity (the "Laborers' Funds"), the plaintiffs in the above referenced action. My responsibilities include oversight of the collection of amounts owed by Dixon Interiors, Inc. This affidavit is submitted in support of the Laborers' Funds' motion for a default judgment and prove up of damages.

2. The Memorandum of Joint Working Agreement attached to the Complaint as Exhibit A is a true and accurate reproduction of the Agreement on file with the Laborers' Funds signed by Ann F. Dixon, on behalf of Dixon Interiors, Inc.

3. I reviewed an audit report prepared by Bansley & Kiener, LLP, the Funds' auditors for the period from June 1, 2006 through May 31, 2007 showing that principal in the amount of

Exhibit 2

$42,763.90 is owed to the Welfare, Pension, Training Fund and to the Union for dues.

4.   The respective Agreements and Declarations of Trust of the Laborers Funds, to which Dixon Interiors, Inc., is bound require payment of liquidated damages in the amount of 10 percent of the principal amount of delinquent contributions and interest is owed at the rate of prime plus two percent as charged by Chase Bank on all delinquent amounts owed from the date of the delinquency forward. The amount of $4,276.39 is owed to the Funds in liquidated damage penalties. The amount of $1,673.89 is owed in interest calculated through April 11, 2008. The amount of $818.41 was charged to the Fund in audit fees.

5.   Dixon Interiors, Inc., paid the October 2007 report in the amount of $13,994.83 by check that was later determine NSF. To date, although the Funds made numerous requests, the Company has paid for a replacement payment to the Funds.

6.   Dixon has also failed to report and pay contributions for November 2007 and for February 2008 through the present.

7.   Dixon Interiors, Inc., is responsible to pay late fees for all contributions paid untimely. For the reporting period from October 2006 through the December 2007, damages are $21,193.80.

FURTHER AFFIANT SAYETH NOT.

_____
Michael Christopher

Subscribed and sworn to before me
this 14th day of April 2008.

_____
NOTARY PUBLIC

OFFICIAL SEAL
ELIZABETH A. GALLAGHER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 4-13-2012

2

<u>DIXON INTERIORS, INC.</u>
<u>793 W. WINTHROP AVE.</u>
<u>ADDISON, IL 60101</u>

<u>EMPLOYER #21098</u>

<u>JULY 1, 2005 – MARCH 31, 2007</u>

**Exhibit B**

**BANSLEY AND KIENER, L.L.P.**
CERTIFIED PUBLIC ACCOUNTANTS
O'HARE PLAZA
8745 WEST HIGGINS ROAD, SUITE 200
CHICAGO, ILLINOIS 60631
AREA CODE 312 263.2700

July 26, 2007

Board of Trustees
Pension and Welfare Funds of Construction and General
　Laborers' District Council of Chicago and Vicinity
11465 Cermak Rd.
Westchester, IL 60154

We have applied certain procedures, as discussed below, to the payroll records of Dixon Interiorsl, Inc., a contributing employer to the Pension and Welfare Funds of Construction and General Laborers' District Council of Chicago and Vicinity, for the period January 1, 2003 to December 31, 2006. The purpose of our review was to assist you in determining whether contributions to the Trust Funds are being made in accordance with the collective bargaining agreement in effect and with the Trust Agreement of the Fund. The propriety of the contributions is the responsibility of the employer's management.

Our procedures generally include a review of the pertinent provisions of the collective bargaining agreements and comparing underlying employer payroll records to Fund contribution records. The employer records we review may include payroll journals, individual earnings records, payroll tax returns, contribution reports, job classifications, and general disbursement records. The scope of this engagement is limited to records made available by the employer and would not necessarily disclose all exceptions in employer contributions to the Trust Fund. Any compensation paid to employees not disclosed to us or made part of the written record is not determinable by us and is not included in our review.

Our procedures relate to a review of the employer's payroll records only and do not extend to any financial statements of the contributing employer. The procedures were substantially less in scope than an audit of the financial statements of the contributing employer, the objective of which is the expression of an opinion on the contributing employer's financial statements. Accordingly, no such opinion is expressed.

The exceptions to employer contributions are noted on the accompanying report.

*Bansley and Kiener, L.L.P.*

BANSLEY and KIENER, L.L.P.
Certified Public Accountants

# Laborers' District Council
## Reconciliation of Differences Per Year

| Fiscal Year Ending | | | | 5-31 2006 | 5-31 2007 | Total Due |
|---|---|---|---|---|---|---|
| Hours Not Reported | | | | 0.00 | 3386.00 | 3,386.00 |
| Hours - Men Not Reported | | | | 0.00 | 0.00 | 0.00 |
| Dollar Amount Due | | | | | | |
| Welfare | | | | 0.00 | 25,259.56 | 25,259.56 |
| Pension | | | | 0.00 | 16,388.24 | 16,388.24 |
| Training | | | | 0.00 | 575.63 | 575.63 |
| GDCNI | | | | 0.00 | 0.00 | 0.00 |
| LECET | | | | 0.00 | 0.00 | 0.00 |
| LMDC | | | | 0.00 | 0.00 | 0.00 |
| Working Dues | | | | 0.00 | 0.00 | 0.00 |
| Total | | | | 0.00 | 42,223.43 | 42,223.43 |

| | |
|---|---|
| Plus previous late charges assessed by Laborers' Pension and Welfare Funds | 6,080.51 |
| Plus previous underpayments incurred to Laborers' District Council Funds | 236.16 |
| Plus previous penalties incurred to Laborers' District Council Funds | 304.32 |
| Audit Fee | 818.41 |
| Total amount due | 49,662.83 |

| | | | |
|---|---|---|---|
| Employer Name - | DIXON INTERIORS, INC. | Person Contacted - | ANN DIXON |
| Employer - | 21098 | Date of Contact - | JUNE 19, 2007 |
| Date of Audit - | JULY 17, 2007 | Telephone - | (630) 458-1600 |
| Audit Period - | JULY 1, 2005 - MARCH 31, 2007 | Auditor - | STEVE TAYLOR |

# Laborers' District Council

## Reconciliation of Differences Per Year

| Fiscal Year Ending | 5-31 2006 | 5-31 2007 | Total Due |
|---|---|---|---|
| Hours Not Reported | 0.00 | 3386.00 | 3,386.00 |
| Hours -- Men Not Reported | 0.00 | 0.00 | 0.00 |
| Dollar Amount Due | | | |
| Welfare | 0.00 | 25,259.56 | 25,259.56 |
| Pension | 0.00 | 16,388.24 | 16,388.24 |
| Training | 0.00 | 575.63 | 575.63 |
| GDCNI | 0.00 | 0.00 | 0.00 |
| LECET | 0.00 | 0.00 | 0.00 |
| LMDC | 0.00 | 0.00 | 0.00 |
| Working Dues | 0.00 | 0.00 | 0.00 |
| Total | 0.00 | 42,223.43 | 42,223.43 |

| | |
|---|---|
| Plus previous late charges assessed by Laborers' Pension and Welfare Funds | 6,080.51 |
| Plus previous underpayments incurred to Laborers' District Council Funds | 236.16 |
| Plus previous penalties incurred to Laborers' District Council Funds | 304.32 |
| Audit Fee | 818.41 |
| Total amount due | 49,662.83 |

| | | | |
|---|---|---|---|
| Employer Name - | DIXON INTERIORS, INC. | Person Contacted - | ANN DIXON |
| Employer - | 21098 | Date of Contact - | JUNE 19, 2007 |
| Date of Audit - | JULY 17, 2007 | Telephone - | (630) 458-1600 |
| Audit Period - | JULY 1, 2005 - MARCH 31, 2007 | Auditor - | STEVE TAYLOR |

## Laborers' District Council
### Reconciliation Between Actual and Reported Hours

| SS# | Name | Rate | 2006 Jun | Jul | Aug | Sep | Oct | Nov | Dec | 2007 Jan | Feb | Mar | Apr | May | Total Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| xxx-xx-3938 | ALBUS, BRIAN | | 0.00 | 0.00 | 0.00 | 148.00 | 0.00 | 0.00 | 0.00 | 0.00 | 159.00 | 0.00 | 0.00 | 0.00 | 307.00 |
| xxx-xx-2744 | BOBLAK, BOGDAN | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 63.00 | 0.00 | 0.00 | 0.00 | 63.00 |
| xxx-xx-7883 | COLLINS, MARK | | 0.00 | 0.00 | 0.00 | 34.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 34.50 |
| xxx-xx-2471 | DIXON, ANN | | 0.00 | 0.00 | 0.00 | 90.00 | 0.00 | 0.00 | 0.00 | 0.00 | 120.00 | 0.00 | 0.00 | 0.00 | 210.00 |
| xxx-xx-7684 | DRUMMER, WOODIE | | 0.00 | 0.00 | 0.00 | 144.50 | 0.00 | 0.00 | 0.00 | 0.00 | 150.00 | 0.00 | 0.00 | 0.00 | 294.50 |
| xxx-xx-5228 | GALVEZ, LUCINO | | 0.00 | 0.00 | 0.00 | 152.00 | 0.00 | 0.00 | 0.00 | 0.00 | 152.00 | 0.00 | 0.00 | 0.00 | 304.00 |
| xxx-xx-5819 | GARZA, ORLANDO | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 102.50 | 0.00 | 0.00 | 0.00 | 102.50 |
| xxx-xx-3906 | GOTTSTEIN, TOM | | 0.00 | 0.00 | 0.00 | 160.00 | 0.00 | 0.00 | 0.00 | 0.00 | 160.00 | 0.00 | 0.00 | 0.00 | 320.00 |
| xxx-xx-0204 | HEARNES, ALVIN | | 0.00 | 0.00 | 0.00 | 135.00 | 0.00 | 0.00 | 0.00 | 0.00 | 151.00 | 0.00 | 0.00 | 0.00 | 286.00 |
| xxx-xx-5118 | JAMES, JASON | | 0.00 | 0.00 | 0.00 | 16.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 16.00 |
| xxx-xx-3643 | LATORRE, EUGENE | | 0.00 | 0.00 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| xxx-xx-5328 | LOGAN, RANDAL | | 0.00 | 0.00 | 0.00 | 133.00 | 0.00 | 0.00 | 0.00 | 0.00 | 138.00 | 0.00 | 0.00 | 0.00 | 271.00 |
| xxx-xx-1171 | MANNELLA, ANTHONY | | 0.00 | 0.00 | 0.00 | 131.00 | 0.00 | 0.00 | 0.00 | 0.00 | 136.00 | 0.00 | 0.00 | 0.00 | 287.00 |
| xxx-xx-1483 | MARONA, LUKASZ | | 0.00 | 0.00 | 0.00 | 134.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 134.00 |
| xxx-xx-2023 | MITRIUS, DAVID | | 0.00 | 0.00 | 0.00 | 121.50 | 0.00 | 0.00 | 0.00 | 0.00 | 140.00 | 0.00 | 0.00 | 0.00 | 261.50 |
| xxx-xx-3521 | PALMA, BORIS | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 61.00 | 0.00 | 0.00 | 0.00 | 61.00 |
| xxx-xx-1148 | ROHDE, CRAIG | | 0.00 | 0.00 | 0.00 | 144.00 | 0.00 | 0.00 | 0.00 | 0.00 | 152.00 | 0.00 | 0.00 | 0.00 | 296.00 |
| xxx-xx-4863 | THOMPSON, THOMAS | | 0.00 | 0.00 | 0.00 | 150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 150.00 |
| | Total | | 0.00 | 0.00 | 0.00 | 1,701.50 | 0.00 | 0.00 | 0.00 | 0.00 | 1,684.50 | 0.00 | 0.00 | 0.00 | 3,386.00 |

| | Rate | | | | Sep | | | | | Feb | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Welfare | $7.46 | 0.00 | 0.00 | 0.00 | 12,693.19 | 0.00 | 0.00 | 0.00 | 0.00 | 12,566.37 | 0.00 | 0.00 | 0.00 | 25,259.56 |
| Pension | $4.84 | 0.00 | 0.00 | 0.00 | 8,235.26 | 0.00 | 0.00 | 0.00 | 0.00 | 8,152.98 | 0.00 | 0.00 | 0.00 | 16,388.24 |
| Training | $0.17 | 0.00 | 0.00 | 0.00 | 289.26 | 0.00 | 0.00 | 0.00 | 0.00 | 286.37 | 0.00 | 0.00 | 0.00 | 575.63 |
| GDCNI | $0.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| LECET | $0.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| LMDC | $0.12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Working Dues | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total | | 0.00 | 0.00 | 0.00 | 21,217.71 | 0.00 | 0.00 | 0.00 | 0.00 | 21,005.72 | 0.00 | 0.00 | 0.00 | 42,223.43 |

Employer Name - DIXON INTERIORS, INC.  
Employer - 21098  
Date of Audit - JULY 17, 2007  
Audit Period - JULY 1, 2005 - MARCH 31, 2007  

Person Contacted - ANN DIXON  
Date of Contact - JUNE 19, 2007  
Telephone - (630) 458-1600  
Auditor - STEVE TAYLOR

# Laborers' District Council

**Reconciliation Between Actual and Reported Gross Wages**

| SS# | Name | Jun | Jul | Aug | 2006 Sep | Oct | Nov | Dec | Jan | Feb | 2007 Mar | Apr | May | Total Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| xxx-xx-3938 | ALBUS, BRIAN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| xxx-xx-2744 | BOBLAK, BOGDAN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| xxx-xx-7883 | COLLINS, MARK | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| xxx-xx-2471 | DIXON, ANN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| xxx-xx-7594 | DRUMMER, WOODIE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| xxx-xx-5228 | GALVEZ, LUCINO | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| xxx-xx-5819 | GARZA, ORLANDO | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| xxx-xx-3906 | GOTTSTEIN, TOM | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| xxx-xx-0204 | HEARNES, ALVIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| xxx-xx-6118 | JAMES, JASON | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| xxx-xx-3643 | LATORRE, EUGENE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| xxx-xx-5328 | LOGAN, RANDAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| xxx-xx-1171 | MANNELLA, ANTHONY | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| xxx-xx-1463 | MARONA, LUKASZ | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| xxx-xx-2023 | MITRIUS, DAVID | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| xxx-xx-3521 | PALMA, BORIS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| xxx-xx-1148 | ROHDE, CRAIG | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| xxx-xx-4863 | THOMPSON, THOMAS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Rate - 1.75% of gross wages
Dues

Employer Name - DIXON INTERIORS, INC.  
Employer - 21098  
Date of Audit - JULY 17, 2007  
Audit Period - JULY 1, 2005 - MARCH 31, 2007  

Person Contacted - ANN DIXON  
Date of Contact - JUNE 19, 2007  
Telephone - (630) 458-1600  
Auditor - STEVE TAYLOR

LABORERS' PENSION & WELFARE FUNDS

Printed Date 4/7/2008

## LABORERS' PENSION & WELFARE FUNDS
## CONTRACTOR PENALTY HISTORY

| Contractor Number | 021098 |
| --- | --- |
| Contractor Name | DIXON INTERIORS INC |
| Address | 793 W WINTHROP AVE |
| | ADDISON IL, 601014310 |

| Phone | (630) 458-1600 |
| --- | --- |
| Status | Active |
| Outstanding Balance | $ 21,193.80 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 29818 | 02/25/2008 | 1258151 | $ 2,252.25 | $ - | $ - | $ - | $ - | $ - | $ - |
| 29511 | 01/03/2008 | 1252946 | $ 2,754.57 | $ - | $ 1,315.05 | $ - | $ 937.20 | $ - | $ - |
| 29051 | 10/19/2007 | 1246050 | $ 2,840.57 | $ - | $ 1,608.35 | $ - | $ 1,146.22 | $ - | $ - |
| 28959 | 09/28/2007 | 1244082 | $ 2,492.49 | $ - | $ 1,658.56 | $ - | $ 1,182.01 | $ - | $ - |
| 28965 | 09/28/2007 | 1240815 | $ 4,773.41 | $ - | $ 1,455.32 | $ - | $ 1,037.17 | $ - | $ - |
| 28255 | 06/07/2007 | 1232777 | $ 2,990.13 | $ - | $ 2,787.11 | $ - | $ 1,986.30 | $ - | $ - |
| 27881 | 03/27/2007 | 1226600 | $ 1,452.63 | $ - | $ 1,813.53 | $ - | $ 1,176.60 | $ - | $ - |
| 27405 | 01/18/2007 | 1220055 | $ 1,837.75 | $ - | $ 881.03 | $ - | $ 571.60 | $ - | $ - |
| | | | | | $ 993.30 | $ - | $ 644.45 | $ - | $ - |
| | | | $21,193.80 | $ - | $12,512.25 | $ - | $8,681.55 | $ - | $ - |

Fax sent by : 17089477295     LABORS FIELD DEPT     04-07-08 02:08p     Pg: 3/3