IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, JAMES S. JORGENSEN, | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 08 C763 |
| v. | ) ) ) | Judge Gettleman |
| DIXON INTERIORS, INC., | ) ) ) | |
| Defendant. | ) | |

### AFFIDAVIT OF KAREN I. ENGELHARDT

STATE OF ILLINOIS   )
                    )
COUNTY OF COOK      )

Karen I. Engelhardt being first duly sworn on oath, deposes and states as follows:

1. I am an attorney and a shareholder at the law firm of Allison, Slutsky & Kennedy, P.C., counsel for plaintiffs Laborers' Pension Fund and Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity (the "Laborers' Funds") in the action against Dixon Interiors, Inc. This affidavit is submitted to document attorneys' fees and costs incurred by the Laborers' Funds for work performed in connection with obtaining contributions owed for the period from December 14, 2007 to the present.

2. This firm bills the Laborers' Funds on an hourly basis for services rendered to the Funds, at a rate of $175.00 per hour for shareholders, $150.00 per hour for associates, and $75.00

**Exhibit 3**

per hour for clerks/paralegals. In this cause, records for legal work on this matter were kept contemporaneously and are attached hereto as Exhibit 1.

3.   Exhibit 1 hereto sets forth the time expended from December 14, 2007 through April 14, 2008, by the firm's attorneys and paralegals in this matter. Counsel includes time preparing this affidavit and computing all amounts owed in the proposed judgment order on April 15, 2008. As set forth in that Exhibit, the Laborers' Funds have incurred legal fees to my firm in this matter in the amount of $1,195.00.

4.   In addition, the Laborers' Funds have incurred the following costs in the prosecution of this matter totaling $410.00, which include filing and service fees.

FURTHER AFFIANT SAYETH NOT.

_____
Karen I. Engelhardt

Subscribed and sworn to before me
this 15th day of April 2008.

_____
NOTARY PUBLIC



TALEIA R. WATKINS
MY COMMISSION EXPIRES
SEPTEMBER 17, 2011
NOTARY PUBLIC OFFICIAL SEAL STATE OF ILLINOIS

| 4/15/2008 | Allison, Slutsky & Kennedy, P.C. | |
|---|---|---|
| 3:59 PM | Slip Listing | Page |

## Selection Criteria

| | |
|---|---|
| Slip.Classification | Open |
| Clie.Selection | Include: Labrs P&W 1 |
| Refe.Selection | Include: Dixon Interiors |
| Slip.Date | 12/14/2007 - 4/15/2008 |

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 146796<br>12/14/2007<br>Billed<br>Call w/B. Mortimer | TIME<br>G:14578 | 1/18/2008 | Josiah Groff<br>Legal Services<br>Labrs P&W 1<br>Dixon Interiors | 0.10<br>0.00<br>0.00<br>0.00 | 150.00<br>C@2 | 15.00 |
| ~~146803~~<br>12/17/2007<br>Billed<br>Conf. w/KIE re reports needed; letter to B.<br>Mortimer; conf. w/KIE re case status | ~~TIME~~<br>G:14578 | 1/18/2008 | ~~Josiah Groff~~<br>Legal Services<br>Labrs P&W 1<br>Dixon Interiors | ~~0.50~~<br>0.00<br>0.00<br>0.00 | ~~150.00~~<br>C@2 | ~~75.00~~ |
| 147104<br>1/3/2008<br>Billed<br>Call w/ B. Mortimer | TIME<br>G:14596 | 2/14/2008 | K. Engelhardt<br>Legal Services<br>Labrs P&W 1<br>Dixon Interiors | 0.10<br>0.00<br>0.00<br>0.00 | 175.00<br>C@1 | 17.50 |
| 147118<br>1/4/2008<br>Billed<br>Calls w/ B. Mortimer, M. Christopher | TIME<br>G:14596 | 2/14/2008 | K. Engelhardt<br>Legal Services<br>Labrs P&W 1<br>Dixon Interiors | 0.40<br>0.00<br>0.00<br>0.00 | 175.00<br>C@1 | 70.00 |
| 147216<br>1/7/2008<br>Billed<br>Calls w/ M. Christopher, B. Mortimer | TIME<br>G:14596 | 2/14/2008 | K. Engelhardt<br>Legal Services<br>Labrs P&W 1<br>Dixon Interiors | 0.30<br>0.00<br>0.00<br>0.00 | 175.00<br>C@1 | 52.50 |
| 147653<br>1/9/2008<br>Billed<br>Call w/ M. Christopher | TIME<br>G:14596 | 2/14/2008 | K. Engelhardt<br>Legal Services<br>Labrs P&W 1<br>Dixon Interiors | 0.10<br>0.00<br>0.00<br>0.00 | 175.00<br>C@1 | 17.50 |
| 147805<br>1/21/2008<br>Billed<br>Calls to B. Mortimer, M. Christopher | TIME<br>G:14596 | 2/14/2008 | K. Engelhardt<br>Legal Services<br>Labrs P&W 1<br>Dixon Interiors | 0.20<br>0.00<br>0.00<br>0.00 | 175.00<br>C@1 | 35.00 |
| 147939<br>1/22/2008<br>Billed<br>Call w/ W. Mortimer | TIME<br>G:14596 | 2/14/2008 | K. Engelhardt<br>Legal Services<br>Labrs P&W 1<br>Dixon Interiors | 0.10<br>0.00<br>0.00<br>0.00 | 175.00<br>C@1 | 17.50 |

4/15/2008     Allison, Slutsky & Kennedy, P.C.
3:59 PM     Slip Listing     Page 2

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 147946<br>1/23/2008<br>Billed<br>Call w/ B. Mortimer | TIME<br>G:14596 | 2/14/2008 | K. Engelhardt<br>Legal Services<br>Labrs P&W 1<br>Dixon Interiors | 0.20<br>0.00<br>0.00<br>0.00 | 175.00<br>C@1 | 35.00 |
| ~~148048~~<br>1/26/2008<br>Billed<br>Work on status reports | ~~TIME~~<br>G:14596 | 2/14/2008 | ~~Wes Kennedy~~<br>Legal Services<br>Labrs P&W 1<br>Dixon Interiors | ~~0.10~~<br>0.00<br>0.00<br>0.00 | ~~175.00~~<br>C@1 | ~~17.50~~ |
| 148092<br>1/27/2008<br>Billed<br>Report to Trustees | TIME<br>G:14596 | 2/14/2008 | K. Engelhardt<br>Legal Services<br>Labrs P&W 1<br>Dixon Interiors | 0.10<br>0.00<br>0.00<br>0.00 | 175.00<br>C@1 | 17.50 |
| 148113<br>1/27/2008<br>Billed<br>work on charts | TIME<br>G:14596 | 2/14/2008 | K. Engelhardt<br>Legal Services<br>Labrs P&W 1<br>Dixon Interiors | 0.00<br>0.00<br>0.00<br>0.00 | 175.00<br>C@1 | 0.00 |
| ~~148197~~<br>1/28/2008<br>Billed<br>Work on status reports | ~~TIME~~<br>G:14596 | 2/14/2008 | ~~Wes Kennedy~~<br>Legal Services<br>Labrs P&W 1<br>Dixon Interiors | ~~0.10~~<br>0.00<br>0.00<br>0.00 | ~~175.00~~<br>C@1 | ~~17.50~~ |
| 149063<br>2/4/2008<br>Billed<br>Call w/ M. Christopher; draft complaint | TIME<br>G:14618 | 3/6/2008 | K. Engelhardt<br>Legal Services<br>Labrs P&W 1<br>Dixon Interiors | 0.60<br>0.00<br>0.00<br>0.00 | 175.00<br>C@1 | 105.00 |
| 149747<br>2/4/2008<br>Billed<br>Prepare case: summons, appearance, civil cover sheet and exhibit labels | TIME<br>G:14618 | 3/6/2008 | Andre Smith<br>Legal Services<br>Labrs P&W 1<br>Dixon Interiors | 1.00<br>0.00<br>0.00<br>0.00 | 75.00<br>C@3 | 75.00 |
| 149750<br>2/14/2008<br>Billed<br>Draft letter and prepare for service | TIME<br>G:14618 | 3/6/2008 | Andre Smith<br>Legal Services<br>Labrs P&W 1<br>Dixon Interiors | 0.50<br>0.00<br>0.00<br>0.00 | 75.00<br>C@3 | 37.50 |
| 149827<br>2/25/2008<br>Billed<br>Call w/ M. Christopher; review service of summons | TIME<br>G:14618 | 3/6/2008 | K. Engelhardt<br>Legal Services<br>Labrs P&W 1<br>Dixon Interiors | 0.20<br>0.00<br>0.00<br>0.00 | 175.00<br>C@1 | 35.00 |
| ~~150767~~<br>3/4/2008<br>Billed<br>Efiling summons and return | ~~TIME~~<br>G:14643 | 4/11/2008 | ~~Josiah Groff~~<br>Legal Services<br>Labrs P&W 1<br>Dixon Interiors | ~~0.10~~<br>0.00<br>0.00<br>0.00 | ~~150.00~~<br>C@2 | ~~15.00~~ |

4/15/2008                  Allison, Slutsky & Kennedy, P.C.
3:59 PM                              Slip Listing                         Page

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 150672<br>3/5/2008<br>Billed<br>Call w/ M. Christopher | TIME<br><br>G:14643 | <br><br>4/11/2008 | K. Engelhardt<br>Legal Services<br>Labrs P&W 1<br>Dixon Interiors | 0.10<br>0.00<br>0.00<br>0.00 | 175.00<br>C@1 | 17.50 |
| 150916<br>3/14/2008<br>Billed<br>Letter to W. Mortimer | TIME<br><br>G:14643 | <br><br>4/11/2008 | K. Engelhardt<br>Legal Services<br>Labrs P&W 1<br>Dixon Interiors | 0.30<br>0.00<br>0.00<br>0.00 | 175.00<br>C@1 | 52.50 |
| 151294<br>3/25/2008<br>Billed<br>Call w/ W. Mortimer | TIME<br><br>G:14643 | <br><br>4/11/2008 | K. Engelhardt<br>Legal Services<br>Labrs P&W 1<br>Dixon Interiors | 0.10<br>0.00<br>0.00<br>0.00 | 175.00<br>C@1 | 17.50 |
| 152086<br>4/7/2008<br>WIP<br>Draft M. Christopher affidavit; call w/ M. Christopher, work on motion, letter to M.Christopher | TIME | | K. Engelhardt<br>Legal Services<br>Labrs P&W 1<br>Dixon Interiors | 1.20<br>0.00<br>0.00<br>0.00 | 175.00<br>C@1 | 210.00 |
| 152357<br>4/11/2008<br>WIP<br>Complete motion, draft order, notice of motion; letter to M. Christopher | TIME | | K. Engelhardt<br>Legal Services<br>Labrs P&W 1<br>Dixon Interiors | 1.00<br>0.00<br>0.00<br>0.00 | 175.00<br>C@1 | 175.00 |
| 152366<br>4/14/2008<br>WIP<br>Call w/ M. Christopher | TIME | | K. Engelhardt<br>Legal Services<br>Labrs P&W 1<br>Dixon Interiors | 0.10<br>0.00<br>0.00<br>0.00 | 175.00<br>C@1 | 17.50 |

Grand Total

| | Billable<br>Unbillable<br>Total | 7.50<br>0.00<br>7.50 | | 1145.00<br>0.00<br>1145.00 |
|---|---|---|---|---|

*Handwritten:*

— 125.00
$ 1,020.00
+ 4/15/08
     175.00
Total 1,195.00