IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LABORERS' PENSION FUND and | ) | |
| LABORERS' WELFARE FUND OF THE | ) | |
| HEALTH AND WELFARE DEPARTMENT | ) | |
| OF THE CONSTRUCTION AND GENERAL | ) | |
| LABORERS' DISTRICT COUNCIL OF | ) | |
| CHICAGO AND VICINITY, JAMES S. | ) | |
| JORGENSEN, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 08 C763 |
| | ) | |
| v. | ) | |
| | ) | Judge Gettleman |
| | ) | |
| DIXON INTERIORS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This cause coming before the Court on the Plaintiffs' Motion for Default and Damages, due notice having been given to the defendant Dixon Interiors, Inc.

**IT IS HEREBY ORDERED:**

1. A default is entered against defendant, Dixon Interiors, Inc.

2. A total judgment is entered on behalf of the Laborers' Pension and Welfare Funds, the plaintiffs in this action and against defendant Dixon Interiors, Inc., in the amount of $85,838.71, consisting of the following:

Principal contributions and Union dues as reflected in the audit for the period June 1, 2006 through May 31, 2007 .................................... $42,276.39

Liquidated damages for the audit period ............................. $ 4,276.39

Interest for the unpaid principal through April 1, 2008 .................. $ 1,673.89

Unpaid October 2007 report ....................................... $13,994.83

Audit costs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $818.41

Past due liquidated damages . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $21,193.80

Attorneys' fees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,195.00

Costs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $410.00

     3.    Dixon Interiors, Inc., is obligated by the collective bargaining agreement, the Trust Agreements, and rules and regulations promulgated thereto, to report and pay contributions based on hours worked by covered employees to the Laborers' Funds by the 10th day of month following the month in which the work has been performed.

                                             **E N T E R E D**

                                             **U.S. DISTRICT COURT**

**DATE** _____