**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, JAMES S. JORGENSEN, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| **Plaintiffs,** | ) Case No. 08 C763 |
| v. | )<br>) Judge Gettleman |
| DIXON INTERIORS, INC., | ) |
| **Defendant.** | ) |

**NOTICE OF MOTION**

TO:   William W. Mortimer
       7630 S. County Line Road, Suite 7
       Burr Ridge, IL 60527

    PLEASE TAKE NOTICE that on Thursday, April 24, 2008, 9:15 a.m., or as soon thereafter as counsel can be heard, the undersigned will appear before the Honorable Judge Gettleman in Courtroom 1703 or in the Courtroom usually occupied by him in the United States District Courthouse, 219 South Dearborn Street Chicago, IL 60604, and present Plaintiffs' Motion for Default Judgment and For Damages, a copy of which is served upon you.

                                    By:     /s/Karen I. Engelhardt
                                            Counsel for Plaintiffs

Allison, Slutsky & Kennedy, P.C.
230 W. Monroe Street Suite 2600
Chicago, IL 60604
(312) 364-9400

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney states that she served copies of the foregoing Notice of Motion and Plaintiffs' Motion for Default Judgment and Damages to the following mentioned below by U.S. mail on the 17th day of April 2008 with proper postage prepaid at the US Mail Box at 230 W. Monroe Street, Suite 2600, Chicago, IL. before the hour of 5:00 p.m.

        William W. Mortimer
        7630 S. County Line Road, Suite 7
        Burr Ridge, IL 60527

        /s/Karen I. Engelhardt