**United States District Court, Northern District of Illinois**

MHN

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 763 | DATE | 4/24/2008 |
| CASE TITLE | Laborers' Pension Fund   v   Dixon Interiors, Inc. | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion [10] for default judgment is granted. Judgment is entered in favor of plaintiffs and against defendant in the amount of $85,838.71. Defendant is obligated by the collective bargaining agreement.

[For further detail see separate order]
[Docketing to mail notice]

00:03

| | Courtroom Deputy Initials: | GDS |
|---|---|---|