### United States District Court for the Northern District of Illinois

Case Number:  08CV763                    Assigned/Issued By: J. N.

Judge Name:                              Designated Magistrate Judge:

---

### FEE INFORMATION

**Amount Due:**   ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____    Receipt #: _____

Date Payment Rec'd: _____    Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____

☑ Citation to Discover Assets          (Victim, Against and $ Amount)

☐ Writ _____
         (Type of Writ)

2   Original and   2   copies on 5-9-08   as to DIXON INTERIORS, INC.;
                                    (Date)

MS. LEE BROWN (NO NOTICE FILED)