# United States District Court for the Northern District of Illinois

Case Number: 08v763          Assigned/Issued By: j. n.

Judge Name:                  Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*  ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP       ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____          Receipt #: _____

Date Payment Rec'd: _____         Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons                                ☐ Alias Summons

☐ Third Party Summons                    ☐ Lis Pendens

☐ Non Wage Garnishment Summons           ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons     _____
                                         _____
☑ Citation to Discover Assets            (Victim, Against and $ Amount)

☐ Writ _____
      (Type of Writ)

__2__ Original and __2__ copies on __5-19-08__ as to __interior construction__
                                   (Date)
group, inc.; korte construction company ( no citation filed)
_____

C:\wpwin80\docket\feeinfo.frm    03/14/05