IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and<br>LABORERS' WELFARE FUND, et al.,<br><br>        Plaintiffs,<br><br>Vs:<br><br>DIXON INTERIORS, INC.,<br><br>        Defendant. | AFFIDAVIT OF SERVICE<br><br>COURT CASE # 08 C 763 |

I hereby certify, under penalty of perjury, that on the
16'th day of May, 2008,
I received this Citation To Discover Assets, and then served
it herein as follows:

On Ms. Ann F. Dixon, as President of Dixon Interiors, Inc.,
by personally handing a copy of this Citation To Discover
Assets to the said Ms. Ann. Dixon.

This service was effected at the address of 27 W. 115
Tamarack Drive, in Winfield, Illinois.

This service was effected on the 19'th day of May, 2008, at
the hour of 4:00 p.m.

That the sex, race, approximate age and physical description
of the person with whom this Citation To Discover Assets was
handed to is described as follows: Female, Caucasian,
approximately 45 years of age, 5'-6", 130 lbs., light brown
colored hair.

_____
John Roehlk
Special Process Server

Dated: May 21'st, 2008

Signed and sworn to, before me, a Notary
Public, on this  21'st  day of May, 2008.

_____
(NOTARY PUBLIC)

OFFICIAL SEAL
THOMAS E DAVARE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 08/05/10

Exhibit 2