IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, JAMES S. JORGENSEN,** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| **Plaintiffs,** | ) Case No. 08 C763 |
| v. | )<br>)<br>) **Judge Gettleman**<br>) |
| **DIXON INTERIORS, INC.,** | )<br>) |
| **Defendant.** | ) |

### NOTICE OF MOTION

TO:   William W. Mortimer         Ann F. Dixon
       7630 S. County Line Road,Suite 7    27 W. 115 Tamarack Drive
       Burr Ridge, IL 60527         Wnfield, IL 60190-2001

PLEASE TAKE NOTICE that on Tuesday, June 24, 2008, 9:15 a.m., or as soon thereafter as counsel can be heard, the undersigned will appear before the Honorable Judge Gettleman in Courtroom 1703 or in the Courtroom usually occupied by him in the United States District Courthouse, 219 South Dearborn Street Chicago, IL 60604, and present Plaintiffs' Motion for Rule to Show Cause, a copy of which is served upon you.

By:     /s/Karen I. Engelhardt
            Counsel for Plaintiffs

Allison, Slutsky & Kennedy, P.C.
230 W. Monroe Street Suite 2600
Chicago, IL 60604
(312) 364-9400

## **CERTIFICATE OF SERVICE**

    The undersigned, an attorney states that she served copies of the foregoing Notice of Motion and Plaintiffs' Motion for Rule to Show Cause to the following mentioned below by U.S. mail on the 17th day of June 2008 with proper postage prepaid at the US Mail Box at 230 W. Monroe Street, Suite 2600, Chicago, IL. before the hour of 5:00 p.m.

| | |
|---|---|
| William W. Mortimer | Ann F. Dixon |
| 7630 S. County Line Road, Suite 7 | 27 W. 115 Tamarack Drive |
| Burr Ridge, IL 60527 | Wnfield, IL 60190-2001 |

                                                                                                                                                /s/Karen I. Engelhardt