# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 763 | **DATE** | 6/24/2008 |
| **CASE TITLE** | Laborers' Pension Fund vs Dixon Interiors | | |

**DOCKET ENTRY TEXT:**

Plaintiffs' motion [17] for rule to show cause is granted, returnable 7/23/2008, at 9:30 a.m.

[Docketing to mail notice]

00:05

| | Courtroom Deputy | GDS |
|---|---|---|