IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, JAMES S. JORGENSEN, | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 08 C763 |
| v. | ) ) ) | Judge Gettleman |
| DIXON INTERIORS, INC., | ) ) ) | |
| Defendant. | ) | |

## ORDER TO APPEAR

This cause coming before the Court on the plaintiffs' Motion for Rule to Show Cause and the Court being advised in the premises:

**IT IS HEREBY ORDERED THAT:**

Ann Dixon, President of Dixon Interiors, Inc., is ordered to appear on July 23 at 9:30 a.m., before the United States District Court for the Northern District of Illinois at 219 South Dearborn Street Chicago, IL 60604 in Courtroom 1703, before Honorable Robert W. Gettleman. Ms. Dixon must appear to show cause why she should not be held in contempt of court for failing to appear at citation to discover assets deposition on June 3, 2008. Ms. Dixon's failure to appear may subject her to arrest and other sanctions.

ENTERED:

Robert W. Gettleman

Date: JUNE 24, 2008