## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 763 | **DATE** | 7/25/2008 |
| **CASE TITLE** | Laborers Pension Fund    vs    Dixon Interiors, Inc. | | |

**DOCKET ENTRY TEXT:**

The rule to show cause is voluntarily dismissed with leave to reinstate when defendant's bankruptcy restraining order is lifted.

[Docketing to mail  notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|